| | |
|---|---|
| William F. "Chip" Merlin, Jr.<br>CA Bar No. 275936<br>cmerlin@merlinlawgroup.com<br>**MERLIN LAW GROUP**<br>777 S. Harbour Island Blvd.,<br>Suite 950<br>Tampa, FL 33602<br>Telephone: (813) 229-1000<br>Facsimile: (813) 229-3692<br><br>Victor J. Jacobellis<br>CA Bar No. 278988<br>vjacobellis@merlinlawgroup.com<br>Daniel J. Veroff<br>CA Bar No. 291492<br>dveroff@merlinlawgroup.com<br>**MERLIN LAW GROUP**<br>1160 Battery St East, Suite 100<br>San Francisco, CA 94111<br>Telephone: (415) 851-2300<br>Facsimile: (415) 960-3882 | Adam M. Moskowitz (*pro hac vice*)<br>adam@moskowitz-law.com<br>Adam A. Schwartzbaum (*pro hac vice*)<br>adams@moskowitz-law.com<br>Howard Bushman<br>(*Pro Hac Vice* Admission Pending)<br>howard@moskowitz-law.com<br>**THE MOSKOWITZ LAW FIRM**<br>2 Alhambra Plaza, Suite 601<br>Coral Gables, FL 33134<br>Tel: (305) 479-5508 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BAKER AND MELANIA KANG D/B/A CHLOE'S CAFE, a California general partnership, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation,<br><br>Defendant. | Case No. 3:20-cv-05467-LB<br><br>**PLAINTIFFS' RESPONSE TO MOTION OF *AMICUS CURIAE* UNITED POLICYHOLDERS TO SUBMIT MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 17, 2020<br>Time: 9:30 a.m.<br>Location: Magistrate Judge<br>           Laura Beeler, Via Webinar |

1

**PLAINTIFFS' RESPONSE TO MOTION OF *AMICUS CURIAE* UNITED POLICYHOLDERS TO SUBMIT MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Steven Baker and Melania Kang d/b/a Chloe's Cafe ("Plaintiffs" or "Chloe's Cafe") submit this response to the motion of *amicus curiae* United Policyholders to submit memorandum of points and authorities in opposition to Defendant's motion to dismiss and, in the alternative, motion for summary judgment (the "Motion").

## I. ARGUMENT

Plaintiffs respectfully ask the Court to exercise its broad discretion to grant the motion and consider the arguments and additional authorities raised by United Policyholders. *See Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982) ("The district court has broad discretion to appoint amici curiae. We may reverse an order appointing amici only if the district judge has abused his discretion."), *disapproved on other grounds*, *Montijo v. Swaney*, 754 Fed. App'x 522 (9th Cir. 2018).

The memorandum attached to United Policyholder's Motion raises important points relevant to the interests of the policyholders United Policyholders represents, and it provides the unique perspective of a public interest organization dedicated to the rights of consumers who purchase insurance. In deciding Oregon Mutual's motion to dismiss this class action lawsuit—a suit implicating the rights of Oregon Mutual's insureds nationwide—this Court should receive the benefit of all of the arguments and authorities that support policyholders' claims. Were the Court to deny the Motion and grant the motion to dismiss, United Policyholders would likely be granted leave to file an amicus brief before the Ninth Circuit and would make the same arguments there. Instead of requiring United Policyholders to undertake this unnecessary extra step, the Court should instead consider here the California authorities and arguments presented by United Policyholders, as Courts in this district have repeatedly done in similar situations. *See, e.g., Am. Civil Liberties Union of N. Ca. v. Burwell*, No. 16-cv-03539-LB, 2017 WL 4551492, at *7 (N.D. Cal. Oct. 11, 2017) (Beeler, Mag. J.) (granting motion by several states to submit an *amicus* brief in support of opposition to plaintiff's request to amend complaint); *Music Group Macao Commercial Offshore Ltd. v. Does*, 82 F. Supp. 3d 979 (N.D. Cal. March 2, 2015) (Beeler, Mag. J.) (granting motion by Public Citizen, Inc. to file *amicus* brief opposing enforcement of the

plaintiff's subpoenas, "thank[ing] Public Citizen for its excellent and informative brief[,]" and "weigh[ing] Public Citizen's concerns in ruling on the subpoenas").

## II. CONCLUSION

For the reasons set forth herein, Plaintiffs respectfully suggest that the Court grant the motion and consider the points and authorities raised by United Policyholders.

Dated: December 9, 2020

Respectfully submitted,

By: /s/ Victor J. Jacobellis

Victor J. Jacobellis
CA Bar No. 278988
vjacobellis@merlinlawgroup.com
Daniel J. Veroff
CA Bar No. 291492
dveroff@merlinlawgroup.com
**MERLIN LAW GROUP**
1160 Battery St East, Suite 100
San Francisco, CA 94111
Telephone: (415) 851-2300
Facsimile: (415) 960-3882

William F. "Chip" Merlin, Jr.
CA Bar No. 275936
cmerlin@merlinlawgroup.com
**MERLIN LAW GROUP**
777 S. Harbour Island Blvd., Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692

Adam M. Moskowitz (*pro hac vice*)
Florida Bar No. 984280
adam@moskowitz-law.com
Adam A. Schwartzbaum (*pro hac vice*)
Florida Bar No. 93014
adams@moskowitz-law.com
Howard M. Bushman
(*Pro Hac Vice* Admission Pending)
Florida Bar No. 0364230
howard@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
*Attorneys for Plaintiff*

3
**PLAINTIFFS' RESPONSE TO MOTION OF *AMICUS CURIAE* UNITED POLICYHOLDERS TO SUBMIT MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**