UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STEVEN BAKER AND MELANIA KANG D/B/A CHLOE'S CAFÉ, a California general partnership, individually and behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 20-cv-05467-LB<br><br>**JUDGMENT** |

On March 25, 2021, the court granted the defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiffs. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 25, 2021

_____
LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-05467-LB