UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 07 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVEN BAKER, DBA Chloe's Cafe and MELANIA KANG, a California general partnership, individually and on behalf of themselves and all others similarly situated, DBA Chloe's Cafe,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation,<br><br>    Defendant - Appellee. | No. 21-15716<br><br>D.C. No. 3:20-cv-05467-LB<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered March 16, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT

                                By: David J. Vignol
                                Deputy Clerk
                                Ninth Circuit Rule 27-7